■ In the Matter of SALVATORE A.M., Appellant. MONROE COUNTY PROBATION DEPARTMENT, Respondent. [63 NYS3d 293]—

Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered July 15, 2016 in a proceeding pursuant to Family Court Act article 7. The order, among other things, placed respondent in the custody of the Commissioner of Social Services of Monroe County for a period of 12 months.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Shannon R.*, 278 AD2d 939, 939 [4th Dept 2000]). Present—Smith, J.P., Centra, Carni, Curran and Troutman, JJ.